# IN THE SUPREME COURT OF IOWA

No. 16–1779

Filed June 22, 2018

**NOLAN DEEDS,**

Appellant,

vs.

**CITY OF CEDAR RAPIDS; ST. LUKE'S WORK WELL SOLUTIONS; ST. LUKE'S HEALTHCARE;** and **IOWA HEALTH SYSTEM** d/b/a **UNITYPOINT HEALTH,**

Appellees.

On review from the Iowa Court of Appeals.

Appeal from the Iowa District Court for Linn County, Paul D. Miller, Judge.

Plaintiff seeks further review of court of appeals decision that affirmed summary judgment dismissing his disability discrimination claims. **DECISION OF COURT OF APPEALS AND DISTRICT COURT SUMMARY JUDGMENT AFFIRMED.**

Brooke Timmer, Katie Ervin Carlson, and Nathan Borland (until withdrawal) of Fiedler & Timmer, P.L.L.C., Johnston, for appellant.

Elizabeth D. Jacobi, City Attorney, for appellee City of Cedar Rapids.

Karin A. Johnson, Samantha M. Rollins, and Mitch G. Nass of Faegre Baker Daniels LLP, Des Moines, for appellees St. Luke's Work Well Solutions, St. Luke's Healthcare, and Iowa Health Systems d/b/a UnityPoint Health.

**PER CURIAM.**

The facts and proceedings relevant to this decision are set forth in *Deeds v. City of Marion*, ____ N.W.2d ____ (Iowa 2018), filed today. On appeal, the parties raise the same legal issues addressed in *City of Marion*. Upon consideration of these issues and for the reasons set forth in *City of Marion*, we affirm the decision of the court of appeals and the district court's summary judgment in favor of the defendants.

**DECISION OF COURT OF APPEALS AND DISTRICT COURT SUMMARY JUDGMENT AFFIRMED.**

All justices concur except Appel and Wiggins, JJ., who dissent, and Hecht, J., who takes no part.

This opinion shall not be published.

#16–1779, *Deeds v. City of Cedar Rapids*

**APPEL, Justice (dissenting).**

I dissent in this case for the same reasons I dissent in *Deeds v. City of Marion*, ___ N.W.2d ___, ___ (Iowa 2018).

Wiggins, J., joins this dissent.